# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **AMERISTAFF, INC.** d/b/a **AMERISTAFF NURSING SERVICES** (Patient D.S.), <br><br> Plaintiff, <br><br> -v- <br><br> **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, <br><br> Defendants. | Case No. 2:22-cv-12642 <br> Hon. Sean F. Cox |

_____/

| | |
|---|---|
| **MICHAEL R. DORFMAN (P60955)** <br> mdorfman@americaremedical.com <br> *Attorney for Plaintiff* <br> 1938 Woodslee Dr. <br> Troy, MI 48083 <br> (248) 619-3681 | HEWSON & VAN HELLEMONT, P.C. <br> **ELAINE M. SAWYER (P56494)** <br> elaine@vanhewpc.com <br> **JORDAN A. WIENER (P70956)** <br> jwiener@vanhewpc.com <br> *Attorneys for Defendant* <br> 25900 Greenfield Rd., Suite 650 <br> Oak Park, MI 48237 <br> (248) 968-5200 |

_____/

## **STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE**

This matter having come before the Court by way of the stipulation of the parties, and the Court being otherwise fully advised in the matter:

**IT IS HEREBY ORDERED** that Plaintiff's action is dismissed in its entirety without prejudice and without costs to either party.

{DocNo. 04236956 }

- 2 -

| | |
|---|---|
| Dated: December 9, 2022 | s/Sean F. Cox<br>Sean F. Cox<br>U. S. District Judge |

Approved for filing with the Court:

*/S/ MICHAEL R. DORFMAN*
w/consent via email

_____
**MICHAEL R. DORFMAN (P60955)**
*Attorney for Plaintiff*

*/S/ JORDAN A. WIENER*

_____
**JORDAN A. WIENER (P70956)**
*Attorney for Defendant*